MICHAEL J. HEYMAN
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:26-cr-00014-ACP-KFR |
|---|---|
| Plaintiff, | COUNT 1:<br>SEX TRAFFICKING OF A MINOR<br>  Vio. of 18 U.S.C. §§ 1591(a)(1) and 1594(a) |
| v. | |
| CRAIG SCOTT VALDEZ, A/K/A NONAME20233132, | COUNT 2:<br>SEXUAL EXPLOITATION OF A CHILD – PRODUCTION OF CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2251(a), (e) |
| Defendant. | |
| | COUNTS 3:<br>COERCION AND ENTICEMENT OF A MINOR<br>  Vio. of 18 U.S.C. § 2422(b) |
| | COUNT 4:<br>SEXUAL EXPLOITATION OF A CHILD – RECEIPT OF CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2252A(a)(2)(B), (b)(1) |

| | CRIMINAL FORFEITURE ALLEGATION 1: <br> 18 U.S.C. § 1594(d) and 28 U.S.C. § 2461(c) <br><br> CRIMINAL FORFEITURE ALLEGATION 2: <br> 18 U.S.C. § 2253(a) and 28 U.S.C. § 2461(c) <br><br> CRIMINAL FORFEITURE ALLEGATION 3: <br> 18 U.S.C. § 2428(a) and 28 U.S.C. § 2461(c) |
|---|---|

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Between an exact date unknown to the Grand Jury, and on or about OCTOBER 14, 2025 within the District of Alaska, in and affecting interstate commerce, the defendant, CRAIG SCOTT VALDEZ, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit a person, to wit: JUVENILE VICTIM 1 (born December, 2009), and attempt to do so, knowing that any combination of such means would be used to cause the person to engage in a commercial sex act, and knowing and in reckless disregard that JUVENILE VICTIM 1 had not attained the age of 18 years old, and having had reasonable opportunity to observe that person.

All of which is in violation of 18 U.S.C. §§ 1591(a)(1) and 1594(a).

## COUNT 2

Between an exact date unknown to the Grand Jury, and on or about October 14, 2025 within the District of Alaska, the defendant, CRAIG SCOTT VALDEZ, did employ, use, persuade, induce, entice, and coerce a minor, and attempt to do so, to wit: JUVENILE VICTIM 1 with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 3

Between an exact date unknown to the Grand Jury, and on or about October 14, 2025 within in the District of Alaska and elsewhere, the defendant, CRAIG SCOTT VALDEZ, using the mail and any means and facility of interstate and foreign commerce, did knowingly induce, entice, and coerce JUVENILE VICTIM 1, an individual who he knew had not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, to wit: Production of Child Pornography, in violation of 18 U.S.C. § 2251(a); and Sex Trafficking of Children, in violation of 18 U.S.C. § 1591, or attempt to do so.

All of which is in violation of 18 U.S.C. § 2422(b).

## COUNT 4

Between an exact date unknown to the Grand Jury, and on or about October 14, 2025 within in the District of Alaska and elsewhere, the defendant, CRAIG SCOTT VALDEZ, did knowingly receive or distribute and attempt to knowingly receive and distribute any material that contained child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(2)(B) and (b)(1).

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Counts 1 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 1594(d).

Upon conviction of the offenses in violation of 18 U.S.C. §§ 1591(a)(1) and 1594(a), as set forth in Count 1 of this Indictment, the defendant, CRAIG SCOTT VALDEZ, shall forfeit to the United States pursuant to 18 U.S.C. § 1594(d) any property, real or personal, that was involved in, used, or intended to be used to commit or to promote the commission of such violation, any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, and any property traceable to such property.

All pursuant to 18 U.S.C. § 1594(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 2 and 4 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253(a).

Upon conviction of the offenses in violation of 18 U.S.C. §§ 2251(a), & (e), & § 2252A(a)(2)(B) & (b)(1), as set forth in Counts 2 and 4 of this Indictment, the defendant, CRAIG SCOTT VALDEZ, shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a):

(1) any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to 18 U.S.C. § 2253(a), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 3

The allegations contained in Count 3 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2428(a).

Upon conviction of the offenses in violation of 18 U.S.C. § 2422(b), as set forth in Count 3 of this Indictment, the defendant, CRAIG SCOTT VALDEZ, shall forfeit to the United States pursuant to 18 U.S.C. § 2428(a) any property, real or personal, that was used

or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation.

All pursuant to 18 U.S.C. § 2428(a), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

    s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America


s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America


DATE:  2/17/26