# UNITED STATES DISTRICT COURT
for the
District of Alaska

FID: 11923961
USMS:
Warrant: 2606-0217-0220-J
NCIC:

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number: 3:26-CR-00014-ACP-KFR |
| vs. ) | |
| ) | |
| CRAIG SCOTT VALDEZ ) | |
| *Defendant* | |

## LAW ENFORCEMENT SENSITIVE ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Craig Scott Valdez,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Petition  ☐ Supervised Release Petition  ☐ Pretrial Petition  ☐ Order of the Court

This offense is briefly described as follows: Count 1: 18:1591(a)(1) and 1594(a) SEX TRAFFICKING OF A MINOR; Count 2: 18:2251(a), (e) SEXUAL EXPLOITATION OF A CHILD - PRODUCTION OF CHILD PORNOGRAPHY; Count 3: 18:2422(b) COERCION AND ENTICEMENT OF A MINOR; Count 4: 18:2252A(a)(2)(B), (b)(1) SEXUAL EXPLOITATION OF A CHILD - RECEIPT OF CHILD PORNOGRAPHY.

Date: 2/17/2026

/s/Jessica D. Solnick
*Issuing officer's signature*

City and state: Anchorage, Alaska

Candice M. Duncan, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 02/17/2026, and the person was arrested on *(date)* 02/20/2026
at *(city and state)* Juneau, AK.

Date: 02/23/2026

for FBI Alaska
*Arresting officer's signature*

G. Adrien (USMS) for K. Lang (FBI)
*Printed name and title*